MARK MARTEL, SB No. 147970
Attorney At Law
425 Sherman Avenue #330
Palo Alto, CA 94306
Telephone: (650) 470-2650
Facsimile: (650) 470-2654
e-mail: markmartel@aol.com
Attorney for Plaintiffs Devin Escobedo,
through his guardian ad litem Tracy Gagey,
and Estate of Ricardo Escobedo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESTATE OF RICARDO ESCOBEDO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF REDWOOD CITY, et al., <br><br> Defendants. | Case No. C 03-3204 MJJ <br><br> **STIPULATION AND ORDER RE. BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO ENFORCE SETTLEMENT** - Granted <br><br> Date: July 26, 2005 <br> Time: 9:30 a.m. <br> Judge: Hon. Martin J. Jenkins <br> Courtroom: 11, 19th Floor |

Mark Martel, Counsel for Plaintiffs Estate of Ricardo Escobedo and Devin Escobedo, through his guardian ad litem Tracy Gagey, has requested a modification of the briefing schedule for Defendants' Motion to Enforce Settlement, set for hearing on July 26. Mr. Martel's opposition brief is presently due on July 5. However, Mr. Martel has extensive appellate briefs in two consolidated civil rights appeals due on July 7, and therefore needs additional time for his opposition brief in this case. Mr. Martel will not be able to obtain additional time to file his appellate briefs. This stipulation is submitted less than 14 days before Plaintiff's opposition brief is due because Plaintiffs' counsel first received notice this week that the appeals court had denied his pending motion to segregate the two appeals for briefing purposes, and had ordered his briefs to be filed by July 7. Plaintiffs' counsel has obtained the agreement of other counsel and submitted this stipulation as soon as possible.

Stipulation re. Briefing Schedule                    -1-

All counsel of record have stipulated to adjust the briefing schedule for the Motion to Enforce Settlement so that Plaintiff's opposition will be due on July 11, and Defendants' reply will be due on July 18. In order to expedite submission of this stipulation, the parties have agreed that it may be signed and submitted in counterparts.

Dated: July 1, 2005

_____
Mark Martel
Attorney for Plaintiffs Devin Escobedo, through his guardian ad litem Tracy Gagey, and Estate of Ricardo Escobedo

HOWARD ROME MARTIN & RIDLEY LLP

By: _____
Joseph C. Howard, Jr.
Attorneys for Defendants

THE SCOTT LAW FIRM

By: _____
Lizabeth N. de Vries
Attorneys for Plaintiff Justin Giudici, through his guardian ad litem Denise Giudici

_____
Randolph Daar
Attorney for Plaintiff Justin Giudici, through his guardian ad litem Denise Giudici

For good cause appearing, it is SO ORDERED.

Dated: July _____, 2005

_____
Hon. Martin J. Jenkins
U.S. District Court Judge

Stipulation re. Briefing Schedule            -2-

1   All counsel of record have stipulated to adjust the briefing schedule for the Motion to
2   Enforce Settlement so that Plaintiff's opposition will be due on July 11, and Defendants' reply will
3   be due on July 18. In order to expedite submission of this stipulation, the parties have agreed that
4   it may be signed and submitted in counterparts.

5   Dated: July 1, 2005

_____
Mark Martel
Attorney for Plaintiffs Devin Escobedo,
through his guardian ad litem Tracy Gagey,
and Estate of Ricardo Escobedo

HOWARD ROME MARTIN & RIDLEY LLP

By: _____
Joseph C. Howard, Jr.
Attorneys for Defendants

THE SCOTT LAW FIRM

By: _____
Lizabeth N. de Vries
Attorneys for Plaintiff Justin Giudici,
through his guardian ad litem Denise Giudici

_____
Randolph Daar
Attorney for Plaintiff Justin Giudici,
through his guardian ad litem Denise Giudici

For good cause appearing, it is SO ORDERED.

Dated: July ____, 2005
_____
Hon. Martin J. Jenkins
U.S. District Court Judge

All counsel of record have stipulated to adjust the briefing schedule for the Motion to Enforce Settlement so that Plaintiff's opposition will be due on July 11, and Defendants' reply will be due on July 18. In order to expedite submission of this stipulation, the parties have agreed that it may be signed and submitted in counterparts.

Dated: July 1, 2005

> City agrees to the stipulation as long as hearing date is not changed.

_____
Mark Martel
Attorney for Plaintiffs Devin Escobedo,
through his guardian ad litem Tracy Gagey,
and Estate of Ricardo Escobedo

HOWARD ROME MARTIN & RIDLEY LLP

By: _____
Joseph C. Howard, Jr.
Attorneys for Defendants

THE SCOTT LAW FIRM

By: _____
Lizabeth N. de Vries
Attorneys for Plaintiff Justin Giudici,
through his guardian ad litem Denise Giudici

_____
Randolph Daar
Attorney for Plaintiff Justin Giudici,
through his guardian ad litem Denise Giudici

For good cause appearing, it is SO ORDERED.

Dated: July 5, 2005

/s/
_____
Hon. Martin J. Jenkins
U.S. District Court Judge

*APPROVED — Judge Martin J. Jenkins, United States District Court, Northern District of California*

Stipulation re. Briefing Schedule          -2-