United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RICARDO ESCOBEDO, et al., | No. C 03-3204 MJJ |
| Plaintiffs, | **SCHEDULING ORDER** |
| v. | |
| CITY OF REDWOOD CITY, et al., | |
| Defendants. / | |

Oral argument on Defendants' motion to enforce settlement, currently scheduled for Tuesday, July 26, 2005, at 9:30am, in Courtroom 11, is hereby **CONTINUED**. The Court will reschedule the hearing and notify the parties as soon as possible.

**IT IS SO ORDERED.**

Dated: July 20, 2005

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE