IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RICARDO ESCOBEDO ET AL, | No. C03-03204 MJJ |
| Plaintiff, | **ORDER RE SUPPLEMENTAL BRIEFING** |
| v. | |
| CITY OF REDWOOD CITY ET AL, | |
| Defendant. | |

In preparation for oral argument on the parties' respective objections to the Report and Recommendation, the Court directs the parties to file briefs, <u>not exceeding five pages</u>, discussing *Gibbs v. Carnival Cruise Lines*, 314 F.3d 125, 134-35 (3rd Cir. 2002), and *M.S. v. Wermers*, 557 F.2d 170, 174 n.4 (8th Cir. 1977), in light of the parties' positions regarding the appointment of Ms. Gagey as *guardian ad litem*. Specifically, these decisions hold that appointment of a *guardian ad litem* is procedural rather than substantive in nature, and therefore the Federal Rules of Civil Procedure, rather than state rules, apply. The parties shall file their briefs by <u>8:30 a.m. on February 14, 2006</u>. Any arguments not pertaining to the discussion of these decisions will be stricken.

**IT IS SO ORDERED.**

Dated: February 13, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE