UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ESTATE OF RICARDO ESCOBEDO, DENISE GIUDICI as guardian ad litem for JUSTIN RICARDO GIUDICI, a minor, TRACY GAGEY as guardian ad litem for DEVIN ALEXANDER ESCOBEDO, a minor,<br><br>       Plaintiff(s),<br><br>  v.<br><br>CITY OF REDWOOD CITY, a municipal corporation; KENNETH FALJEAN; DANIEL SHARP; JOHN GARY; ENRICO MENDOZA; RUSS FEDERICO; JAMES BERTELLOTTI; STEVE SWITZER; KEITH HARPER; AND DOES 1 through 25, inclusive,<br><br>       Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C03-3204 MJJ (BZ)<br><br>**ORDER SCHEDULING HEARING** |

**IT IS HEREBY ORDERED** that a hearing on the Petition to Approve the Minors' Compromise is scheduled for **Monday, May 8, 2006, at 1:30 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:  April 21, 2006

                                     Bernard Zimmerman
                    United States Magistrate Judge

G:\BZALL\-REFS\ESCOBEDO\HEARING.ORD.wpd

1