UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RICARDO ESCOBEDO, DENISE GIUDICI as guardian ad litem for JUSTIN RICARDO GIUDICI, a minor, TRACY GAGEY as guardian ad litem for DEVIN ALEXANDER ESCOBEDO, a minor,<br><br>Plaintiffs,<br>v.<br><br>CITY OF REDWOOD CITY, a municipal corporation; KENNETH FALJEAN; DANIEL SHARP; JOHN GARY; ENRICO MENDOZA; RUSS FEDERICO; JAMES BERTELLOTTI; STEVE SWITZER; KEITH HARPER; AND DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C-03-3204 MJJ (BZ)<br><br>[PROPOSED] AMENDED ORDER APPROVING PETITION TO COMPROMISE CLAIM OF MINORS |

The verified petition of Denise Guidici as Guardian ad Litem for plaintiff Justin Ricardo Guidici, a minor, and Tracey Gagey as Guardian ad Litem for Devin Alexander Escobedo, a minor, for an Order Approving the Proposed Compromise of Plaintiffs' claim against defendants came on before the above-entitled Court. Based upon Judge Jenkins March 2, 2006 Order, the Petition and exhibits and declarations in support thereof, and counsel's letter to Judge Jenkins dated March 22, 2005, the Court finds that the facts set forth in the Petition are true and that it is in the best interests of the minors that the claim be settled for the amount stated below and that the proceeds from the settlement be paid and disbursed as provided below. For good cause shown,

IT IS HEREBY ORDERED that the compromise be approved in the manner provided in the petition. Defendants shall be fully released and discharged from all claims of petitioners arising from the facts set forth in the petition.

A.  The sum of $24,940.20 shall be paid to Randolph Daar and John Houston Scott as reimbursement for costs advanced;

B. The sum of $20,850.92 shall be paid to the Trust Account of John Houston Scott as reimbursement for costs advanced and funeral and burial expenses incurred by the Escobedo family;

C. The sum of $83,325.00 shall be paid to Randolph Daar and John Houston Scott as attorneys' fees;

D. The sum of $60,441.94 shall be placed by defendants into an annuity for Justin Ricardo Guidici in the manner set forth in the attached Exhibit A; and

E. A check to Tracy Gagey as Trustee for Devin Escobedo in the sum of $60,441.94 to be deposited in a Washington Mutual (financial institution) interest bearing account in Mesa, Arizona and not disbursed without further Order of the Court. The Court further orders that a certified or filed endorsed copy of this Order must be delivered to the manager at Washington Mutual where the funds are to be deposited, and that a receipt from the financial institution must be promptly filed with the Court, acknowledging receipt of both the funds deposited and the Order for deposit of funds. The Court further orders that when Devin Alexander Escobedo attains the age of majority on October 9, 2006, the Washington Mutual may permit the withdrawal of the funds by Devin Alexander Escobedo after that date, without further Order of the Court.

IT IS FURTHER ORDERED that upon receipt of the full amount of the settlement sum here approved, petitioners are authorized and directed to execute and deliver to defendants a complete and final release and discharge of any and all claims of petitioners arising from the facts set forth in the petition.

DATED: May 10, 2006

_____
MAGISTRATE ZIMMERMAN

IT IS SO ORDERED
Judge Bernard Zimmerman

F:\Cases\Cases - Active\Escobedo\Pleadings\OrderRePetitiontoCompromise.wpd

# EXHIBIT A

**RINGLER ASSOCIATES**
(925) 945-0168
Fax (925) 945-1570
(800) 352-1912
CA License No. OA06111
NV License No. 86618

April 19, 2006

John Houston Scott, Esquire
The Scott Law Firm
153 Townsend Street, Suite 950
San Francisco, California 94107

**Revised from letter dated
03-04-2005**

RE: **Escobedo v. City of Redwood City**
Plaintiff: **Justin Giudici – DOB: 05-19-1994**

Dear Mr. Scott:

This letter has been **revised** due to the delay in the Minor's Compromise hearing date. The case referenced above has reached a settlement, utilizing in part a Structured Settlement, pending court approval, with the following Periodic Payment:

**Periodic Payment Payable to Justin Giudici:**

**Guaranteed Lump Sum Payment**
| Age | Amount | Payment Date |
|-----|--------|--------------|
| 25  | $117,200 | 05-19-2019 |

The above Periodic Payment obligation will be funded by the City of Redwood City through Hartford Life Insurance Company, which includes a Qualified Assignment with Hartford Comprehensive Employee Benefit Service Company (Hartford CEBSCO). This includes a guarantee from Hartford Life Insurance Company and Hartford Life Inc., both guarantee all the obligations of Hartford CEBSCO. Hartford Life Insurance Company has received high ratings from A. M. Best, (A+), Standard & Poor's, (AA-), Moody's, (Aa3) and Fitch (AA).

The exact cost of the Periodic Payments including the Qualified Assignment is $60,441.94.

Attached is the Exhibit to the Petition for Minor's Compromise, to be attached to the Petition you are preparing. Please check the appropriate box in section 16 of the Petition. Please fax us a copy of the Minor's Petition and the Order Approving the Minor's Compromise, for our review. We will also require a copy of the Minor's Petition, Exhibit to Minor's Petition and Order Approving the Minor's Compromise once they have been approved by the court. Please **be advised that the benefit may change based on the actual date of the Minor's Compromise. Please let us know the Minor's Compromise date as soon as possible so that we can revise the benefit and purchase date if necessary.**

Member National Structured Settlements Trade Association
1981 N. BROADWAY, SUITE 440 • WALNUT CREEK, CA 94596

John Houston Scott, Esquire
April 18, 2006
Page 2

Randy, thank you for the Annuity Application Information Sheet for Justin. If the information has not changed we will use this information for our application.

Once we receive all the necessary paperwork involved in the completion of this case, Hartford will process it and send us an annuity contract within 4 to 6 weeks. At that time, we will mail you a copy for your file as well as a copy to be forwarded to your client.

I would like to thank you for the opportunity to assist in putting together this settlement. If you have any questions, please do not hesitate to give us a call.

Sincerely,

*Kathleen Brice*

Kathleen A. Brice
KAB/jn
Enclosure

cc:   Randolph E. Daar, Esquire
      Joseph C. Howard, Esquire

## EXHIBIT TO PETITION FOR MINOR'S COMPROMISE
### FOR:
### JUSTIN GIUDICI- DOB: 05-19-1994

### Payments

In consideration of the Petition for Minor's Compromise, attached hereto, the Defendant, the City of Redwood City, agrees to pay the Plaintiff named below, the following Periodic Payment:

Periodic Payment made payable to Justin Giudici, (the "Payee"), according to the schedule as follows: (the "Periodic Payments").

**Periodic Payment:**

**Guaranteed Lump Sum Payment**

| Age | Amount | Payment Date |
|---|---|---|
| 25 | $117,200 | 05-19-2019 |

**Guaranteed Payout**

$117,200

All sums set forth herein constitute damages on account of physical injuries or sickness, within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

### Payee's Rights to Payments

Plaintiff acknowledges that the Periodic Payments cannot be accelerated, deferred, increased or decreased by the Plaintiff or any Payee and no part of the payments called for herein nor any assets of the Defendant is to be subject to execution or legal process for any obligation in any manner, nor shall the Plaintiff or any Payee have the power to sell, mortgage, encumber, or anticipate the Periodic Payments, or any part thereof, by assignment or otherwise.

### Consent to Qualified Assignment

The Plaintiff acknowledges and agrees that the Defendant will make a "Qualified Assignment" within the meaning of Section 130(c), of the Internal Revenue Code of 1986, as amended, of the Defendant's liability to make the Periodic Payments set forth herein. Specifically, the City of Redwood City (the "Assignor"), as the Defendant and as the payor of the consideration recited herein, shall assign its obligation to make the Periodic Payments called for above in this Exhibit To Petition For Minor's Compromise to Hartford Comprehensive Employee Benefit Service Company (CEBSCO), (the "Assignee"). The Assignee's obligation for payment of the Periodic Payments shall be no greater than that of Defendant (whether by judgment or agreement) immediately preceding the assignment of the Periodic Payments obligation. Hartford Life Insurance Company and Hartford Life Inc., both guarantee all the obligations of Hartford CEBSCO (the "Assignee").

The assignment shall be accepted by the Plaintiff without right of rejection and shall completely release and discharge the Defendant from the Periodic Payments obligation assigned to the Assignee. The Plaintiff recognizes that the Assignee shall be the sole obligor with respect to the Periodic Payment obligation, and that all other releases with respect to the Periodic Payments obligation that pertain to the liability of the Defendant shall thereupon become final, irrevocable, absolute and non-contingent.

### Right to Purchase an Annuity

The Defendant itself or through its Assignee reserves the right to fund the liability to make the Periodic Payments by purchasing a "qualified funding asset", within the meaning of Section 130(d) of the Code, in the form of an annuity policy from Hartford Life Insurance Company. The Defendant or the Assignee shall be the sole owner of the annuity policy and shall have all rights of ownership. The Defendant, or the Assignee may have Hartford Life Insurance Company mail payments directly to the Payee. Plaintiff shall be responsible for maintaining the accuracy of the current mailing address and mortality information for Payee with Hartford Life Insurance Company.

### Payee's Beneficiary

Any payments to be made after the death of any Payee pursuant to the terms of this Exhibit To Petition For Minor's Compromise shall be made to such person or entity as shall be designated in writing by Plaintiff to the Defendant or the Defendant's Assignee. If no person or entity is so designated by Plaintiff, or if the person designated is not living at the time of the Payee's death, such payments shall be made to the estate of the Payee. No such designation, nor any revocation thereof, shall be effective unless it is in writing and delivered to the Defendant or the Defendant's Assignee. The designation must be in a form acceptable to the Assignee before such payments are made.

### Discharge of Obligation

The obligation of the Defendant, or the Assignee to make each Periodic Payment shall be discharged upon the mailing of a valid check in the amount of such payment to the designated address of the Payee named in this Exhibit To Petition For Minor's Compromise.

# PROOF OF SERVICE

*Estate of Ricardo Escobedo, et al. vs. The City of Redwood City*
*US District Court, N.D. Cal, No. C 03 3204 MJJ*

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years and not a party to or interested in the within-entitled action. I am an employee of **THE SCOTT LAW FIRM**, and my business address is 153 Townsend Street, Suite 950, San Francisco, California 94107.

On the date below I caused to be served in the manner indicated below the following documents:

**[PROPOSED] AMENDED ORDER APPROVING PETITION TO COMPROMISE CLAIM OF MINORS**

By:

X  **MAIL** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of same to the addresses set forth below, in a sealed envelope, with postage fully prepaid.

**FACSIMILE** by personally transmitting via an electronic facsimile machine to the facsimile number(s) set forth below and the transmission was reported as complete and without error.

**PERSONAL DELIVERY** and personally delivered, or caused to be delivered, same to each of the persons at the addresses listed below or, in the absence of the attorneys named below, by personally delivering the envelope(s) to his/her clerk or the person in charge of the office.

**FEDERAL EXPRESS** for the delivery the following business day by placing same for collection in the nearest Federal Express Deposit Box or Federal Express Office to the business addresses set forth below.

on the parties in said action, by placing a true copy thereof as indicated above to the following:

Joseph C. Howard, Jr.
Todd H. Master
Howard Rome Martin & Ridley
1775 Woodside Rd, Suite 200
Redwood City, CA 94061
Tel: 650/365-7715
Fax: 650/364-5297

Mark Martel
Attorney at Law
425 Sherman Ave, #330
Palo Alto, CA 94306
Tel: 650.470.2650
Fax: 650.470.2654

Executed on **May 10, 2006** at San Francisco, California.

LISA M. DUNGAN

PROOF OF SERVICE