E-filing

MARK MARTEL, SB No. 147970
Attorney At Law
425 Sherman Avenue #330
Palo Alto, CA 94306
Telephone: (650) 470-2650
Facsimile: (650) 470-2654
e-mail: markmartel@aol.com

Attorney for Plaintiff Estate of Ricardo Escobedo

FILED
JUL 7 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESTATE OF RICARDO ESCOBEDO, et al., | Case No. C 03-3204 MJJ |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEFENDANTS' MOTION TO DISMISS FOR LACK OF STANDING |
| v. | |
| CITY OF REDWOOD CITY, et al., | Date: July 25, 2006<br>Time: 9:30 a.m. |
| Defendants. | Judge: Hon. Martin J. Jenkins<br>Courtroom: 11, 19th Floor |

To accommodate vacation plans of Plaintiff's counsel during the week of July 4 and from July 20 to August 5, 2006, the parties have agreed to continue the hearing date and briefing schedule for Defendants' Motion to Dismiss for Lack of Standing, currently set for hearing on July 25, 2006. The first hearing date available for both counsel ~~and Judge Jenkins~~ (1) is August 15, 2006. The parties therefore stipulate that the hearing on Defendants' motion will be continued to August 22, 2006, and that Plaintiff's opposition will be due by July 21, 2006.

Dated: June 27, 2006

(1) The first available civil calendar date for Judge Jenkins is August 22, 2006.

MARK MARTEL
_____
Mark Martel
Attorney for Plaintiff Estate of Ricardo Escobedo

Stipulation to Continue Mot to Dismiss          -1-

Dated: June 27, 2006

HOWARD ROME MARTIN & RIDLEY LLP

By: _____
Joseph C. Howard, Jr.
Attorneys for Defendants

SO ORDERED.

Dated: July 6, 2006

_____
Hon. Martin J. Jenkins
U.S. District Court Judge