United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RICARDO ESCOBEDO ET AL, | No. C03-03204 MJJ |
| Plaintiff, | **ORDER RE-SETTING HEARING DATE** |
| v. | |
| CITY OF REDWOOD CITY ET AL, | |
| Defendant. | |

Pending before the Court is Defendant's Motion to Dismiss for Lack of Standing (Doc. #156), set for hearing before the Court on August 22, 2006. Also pending before the Court is John Scott and Randolph Daar's Motion for Civil Contempt, Sanctions and Attorneys' Fees Against Defendants (Doc. #168), set for hearing before the Court on September 12, 2006. For purposes of judicial efficiency, the Court re-sets the hearing on Defendants' Motion to Dismiss for **September 12, 2006**.

**IT IS SO ORDERED.**

Dated: 8/9/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE