E-filing

MARK MARTEL, SB No. 147970
Attorney At Law
425 Sherman Avenue #330
Palo Alto, CA 94306
Telephone: (650) 470-2650
Facsimile: (650) 470-2654
e-mail: markmartel@aol.com

Attorney for Plaintiff Estate of Ricardo Escobedo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESTATE OF RICARDO ESCOBEDO, et al., ) | Case No. C 03-3204 MJJ |
| ) | |
| Plaintiffs, ) | **NOTICE OF DISMISSAL** |
| ) | **OF DEFENDANT ENRICO** |
| v. ) | **MENDOZA** |
| ) | |
| CITY OF REDWOOD CITY, et al., ) | |
| ) | |
| Defendants. ) | |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff hereby dismisses Defendant Enrico Mendoza from this action. This dismissal encompasses all claims that have been, could have been, and/or are part of this case. The dismissal is made with prejudice, so that Plaintiff may not re-file suit against Enrico Mendoza.

Dated: January 22, 2007

*MARK MARTEL*
Mark Martel
Attorney for Plaintiff Estate of Ricardo Escobedo

IT IS SO ORDERED

*[signature]*
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
1/25/2007
DATE

Notice of Dismissal                                                                          Case No. 03-CV-3204