IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RICARDO ESCOBEDO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF REDWOOD CITY, et al.,<br><br>　　　　Defendants.　　　　　　／ | No. C 03-03204 CRB<br><br>**ORDER** |

　　　　The Court has reviewed the opposition filed by the Estate in connection with Defendants' offer of proof regarding the prior bad acts of Ricardo Escobedo. Nothing in the opposition, which was filed at 12:48 p.m. before a 2:00 p.m. hearing, leads the Court to question the rulings it set forth on the 404(b) evidence submitted by Defendants.

　　　　As in oral argument, the Estate's opposition focuses entirely on the state of mind of the police officers and insists that nothing else is relevant. Cf. Graham v. Connor, 490 U.S. 386, 397 (1989) ("[T]he question is whether the officers' actions are "objectively reasonable" in light of the facts and circumstances confronting them, without regard to their underlying intent or motivation."). In making this argument, the Estate confuses *the standard of civil liability*, which asks only whether the officers were reasonable to use a certain amount of force based on what they could objectively observe at the scene of the incident, and *the standard regarding the admissibility of evidence*, which asks whether certain evidence is

relevant to determine what actually happened at the scene of the incident.  Here, some of Escobedo's prior bad acts are relevant to his state of mind at the time of the incident; and therefore to the question of what version of events is most accurate; and therefore to the question of what the officers most likely observed at the scene of the incident; and therefore to the question of whether their forceful response was reasonable.  The Court therefore reaffirms its rulings that certain of the proffered "prior bad acts" are admissible, provided that Defendants present the evidence in appropriate form.

**IT IS SO ORDERED.**

Dated:  March 29, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\3204\order re prior bad acts.wpd

2