JOSEPH C. HOWARD, JR. [SBN: 050784]
TODD H. MASTER [SBN: 185881]
MATTHEW J. JENSEN [SBN: 238197]
HOWARD ROME MARTIN & RIDLEY LLP
1775 Woodside Road, Suite 200
Redwood City, CA  94061
Telephone:  (650) 365-7715
Facsimile:   (650) 364-5297

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RICARDO ESCOBEDO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF REDWOOD CITY, et al., <br><br> Defendants. | Case No. C 03 3204 CRB <br><br> ~~[PROPOSED]~~ ORDER PERMITTING DEFENDANTS TO BRING DEMONSTRATIVE EVIDENCE INTO THE COURTROOM <br><br> Trial Date:  April 2, 2007 <br> Trial Time:  8:30 a.m. <br> Judge:  Hon. Charles R. Breyer <br> Courtroom:  8, 19th Floor |

TO ALL SECURITY AND OTHER COURT PERSONNEL:

It is hereby ORDERED that defendants James Bertellotti, Kenneth Faljean, Russ Federico, John Gary, Keith Harper, Daniel Sharp, and Steve Switzer are authorized to bring into the court building and courtroom certain demonstrative evidence for the purposes of trial. This demonstrative evidence includes a "Wrap" restraint device, "nunchucks," and handcuffs.

\\

---

[PROPOSED] ORDER RE: DEMONSTRATIVE EXHIBITS; Case No. C 03 3204 CRB.

1

1    It is FURTHER ORDERED that the parties and their attorneys are authorized to bring into
2    the court building and courtroom any audio devices (i.e., tape and CD players, "boom boxes," etc.)
3    for the purposes of playing tape recordings and other audio recordings at trial.

Dated: April 04, 2007

_____
HON. CHARLES R. BREYER