MARK MARTEL, State Bar No. 147970
Attorney At Law
425 Sherman Avenue #330
Palo Alto, CA 94306
Telephone:  (650) 470-2650
Facsimile:  (650) 470-2654
e-mail:  markmartel@aol.com

Attorney for Plaintiff Estate of Ricardo Escobedo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ESTATE OF RICARDO ESCOBEDO, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>CITY OF REDWOOD CITY, et al.,<br><br>  Defendants. | Case No. C 03-3204 CRB<br><br>**ORDER RE. PRODUCTION OF EVIDENCE BY THE SAN MATEO COUNTY CORONER**<br><br>Trial Date:  April 2, 2007<br>Courtroom: 8, 19th Floor<br>Judge:  Hon. Charles R. Breyer |

The Court hereby orders the Coroner of San Mateo County to reproduce all autopsy photos of Ricardo Escobedo.  The Coroner shall make three color copies of each photograph.  One copy will be for the Plaintiff in this action; one copy will be for the Defendants; and the third copy will be for the Court.

The Coroner will have the three copies of each photograph available for pickup by counsel for the parties by noon on Friday, April 6, 2007.  Counsel for Defendants will receive one copy of each photograph; Counsel for Plaintiff will receive two copies of each photograph, one of which will provided to the Court.

The Coroner is further directed to produce the preserved portion of Ricardo Escobedo's neck to the Court at 450 Golden Gate Avenue, 19th Floor, Courtroom 8, San Francisco, CA, also by noon

on Friday, April 6, 2007. The Court will maintain the neck in a secure location during trial of this action, and then return it to the Coroner.

Dated: April 4, 2007

_MARK MARTEL_____
Mark Martel
Attorney for Plaintiff Estate of Ricardo Escobedo



April 05, 2007

-2-

Order Re. Production Of Evidence By The San Mateo County Coroner          Case No. 03-CV-3204