IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RICARDO ESCOBEDO, et al., | No. C 03-03204 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| CITY OF REDWOOD CITY, et al., | |
| Defendants. | |

A proposed verdict form is attached to this Order as Exhibit A. A set of proposed jury instructions is attached to this Order as Exhibit B. The parties shall appear before the Court on Friday, April 20, 2007, at 10:00 a.m., to discuss these exhibits and present any objections to them prior to their submission to the jury.

**IT IS SO ORDERED.**

Dated: April 17, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\3204\order re instructions.wpd