IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF RICARDO ESCOBEDO, et al., | No. C 03-03204 CRB |
| Plaintiffs, | **ORDER RE: ATTORNEY'S FEES** |
| v. | |
| CITY OF REDWOOD CITY, et al., | |
| Defendants. / | |

The Court finds that this lawsuit was not "frivolous, unreasonable or without foundation." Christiansburg Garment Co. v. EEOC, 434 U.S. 412, 421 (1978). Ricardo Escobedo engaged in a prolonged struggle with five to six members of the Redwood City police force. During this struggle, Escobedo was pepper-sprayed, suffered two broken bones in his neck, had eight of his ribs fractured, and received restraint wounds to his wrists and ankles from the use of nunchuks. The coroner who conducted Escobedo's autopsy said that the restraint wounds were the worst that she had seen in her career. Escobedo died as a result of this prolonged struggle. Moreover, despite its current contention that the claims advanced by Escobedo's estate are frivolous, Defendants previously attempted to settle them, along with certain claims advanced by his heirs, for a payment of $250,000.

//

//

Although a jury ultimately found that the force employed by the officers was not unreasonable, this Court cannot conclude that the result of the estate's case was "obvious" or that the estate's arguments were "wholly without merit." <u>Galen v. County of Los Angeles</u>, 477 F.3d 652, 666 (9th Cir. 2007). Accordingly, Defendants' motion for an award of attorneys' fees is DENIED.

**IT IS SO ORDERED.**

Dated: June 11, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE